Filed 5/15/25  P. v. Camper CA4/2

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

## DIVISION TWO

THE PEOPLE,

    Plaintiff and Respondent,

v.

MICHAEL CARL CAMPER, JR.,

    Defendant and Appellant.

E084966

(Super.Ct.No. BAF1501166)

OPINION

APPEAL from the Superior Court of Riverside County.  Joshlyn R. Pulliam, Judge.  Dismissed.

Gregory L. Rickard, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

1

On September 14, 2018, defendant and appellant Michael Carl Camper, Jr., pled guilty to two counts of first degree, premeditated murder. (Pen. Code, § 187, subd. (a), counts 1 & 2).[1] Defendant additionally admitted allegations that he personally and intentionally used a firearm causing death in both offenses (§ 12022.53, subd. (d)), a special circumstance that he had committed multiple murders (§ 190.2, subd. (a)(3)), that he had suffered a prior strike conviction (§§ 667, subds. (c) & (e)(1), 1170.12 subd. (c)(1)), and that he had suffered a prior serious felony conviction (§ 667, subd. (a)). The court sentenced defendant to life without the possibility of parole.

On June 8, and August 9, 2023, defendant filed petitions for resentencing pursuant to section 1172.6. At a hearing on November 1, 2024, at which defendant was represented by counsel, the court denied the petitions.

Counsel has filed a brief under the authority of *People v. Delgadillo* (2022) 14 Cal.5th 216 (*Delgadillo*), setting forth a statement of the facts, a statement of the case, and requesting that we independently review the record for error.

We gave defendant the opportunity to file a personal supplemental brief. We noted that if he did not do so, we could dismiss the appeal; nevertheless, he has not filed one. Under these circumstances, we have no obligation to independently review the record for error. (*Delgadillo*, *supra*, 14 Cal.5th at pp. 224-231.) Rather, we dismiss the appeal. (*Id*. at pp. 231-232.)

---

[1] All further statutory references will be to the Penal Code.

## DISPOSITION

The appeal is dismissed.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

McKINSTER
Acting P. J.

We concur:

CODRINGTON
J.

RAPHAEL
J.